# In the United States Court of Federal Claims

No. 10-403 C
(E-Filed: April 10, 2015)

|  |  |
|---|---|
| GOVERNMENT TECHNICAL SERVICES, LLC, | ) ) ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## ORDER

By Order entered April 1, 2015, ECF No. 60, this court directed plaintiff to respond to concerns raised by defendant regarding whether plaintiff intends to continue prosecution of its claims and is represented by an attorney eligible to practice law in this court in accord with Rule 83.1(a)(1)(A) of the Rules of the Court of Federal Claims. Plaintiff's response was due by April 8, 2015. Id. at 1. In its April 1, 2015 Order, the court warned that "[i]f no response [wa]s timely received, the court intend[ed] to dismiss this action for plaintiff's 'fail[ure] to prosecute or to comply with these rules or a court order,' which [would] operate as an adjudication on the merits." Id. at 2 (quoting Rule 41(b)). Plaintiff's deadline has passed, and the court has received no response.

Plaintiff has failed to prosecute this action and to comply with court rules and this court's orders. This matter is hereby **DISMISSED** with prejudice. The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

s/ Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Chief Judge